IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BREANNE MARIE BAME<br><br>Defendant. | Case No. CR-19-01-H-BMM<br><br>ORDER |
|---|---|

Defendant Breanne Bame, through Counsel, has moved the Court to lower her sentence by 4 months. The Motion is unopposed. The reasons stated in the Motion are that the BOP has since recalculated her release date so that she will now be in BOP custody until January 31, 2024. The Defendant notes that the parties intended her release date to be November 1, 2023. The Court notes the Order (Document No. 169) also intended an immediate release.

Accordingly, **IT IS ORDERED:**

Bame's second motion for reduced sentence is GRANTED. Bame's sentence for Count II is now reduced to seventy-seven months of incarceration.

DATED this 14th day of November, 2023.

_____
Brian Morris, Chief District Judge
United State District Court